Michael E. Sullivan, Esq. #5142
Michael A. Burke, Esq., #11527
Hannah E. Winston, Esq. #14520
**ROBISON, SHARP, SULLIVAN & BRUST**
71 Washington Street
Reno, Nevada 89503
Email: msullivan@rssblaw.com
       mburke@rssblaw.com
       hwinston@rssblaw.com
Telephone:   (775) 329-3151
Facsimile:   (775) 329-7169
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LANA HADEN, | Case No.: 3:20-cv-00096-MMD-CLB |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| COSTCO WHOLESALE CORPORATION, a Foreign Corporation; ABC CORPORATIONS I-X, inclusive; BLACK & WHITE COMPANIES I-X, inclusive; and JOHN DOES I-X, | |
| Defendants. | |

**IT IS HEREBY STIPULATED,** by and between Plaintiff LANA HADEN and Defendant COSTCO WHOLESALE CORPORATION, through their respective counsel, that Plaintiff's claims filed against Defendant in the instant matter be dismissed with prejudice, with all parties bearing their own attorney's fees and costs of suit incurred

/ / /

/ / /

/ / /

/ / /

/ / /

herein.

DATED this 11th day of August, 2021.

    ROBISON, SHARP, SULLIVAN & BRUST
    71 Washington Street
    Reno, Nevada  89503

    By: /s/ Michael Sullivan
    MICHAEL E. SULLIVAN, ESQ.
    MICHAEL A. BURKE, ESQ.
    HANNAH E. WINSTON, ESQ.
    *Attorneys for Defendant*
    COSTCO WHOLESALE
    INTERNATIONAL, INC

DATED this 11 day of August, 2021.

    BRADLEY, DRENDEL & JEANNEY
    P.O. Box 1987
    Reno, Nevada  89505

    By: /s/ Leah Ronhaar
    LEAH RONHAAR, ESQ.
    *Attorneys for Plaintiff*

IT IS SO ORDERED

DATED this 12th day of August, 2021.

_____
U.S. DISTRICT COURT JUDGE

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151